ROSALIE MAYER, Respondent, *v.* MAX FRIEDMAN, Appellant.

(Argued March 19, 1877; decided March 27, 1877.)

REPORTED below, 7 Hun, 218.

*Robert N. Waite,* for appellant.

*E. Goldsmith,* for respondent.

Agree to affirm on opinion of court below.
All concur.
Judgment affirmed.

---

THE BOARD OF EXCISE COMMISSIONERS OF WESTCHESTER COUNTY, Respondent, *v.* ROSANNA CURLEY, Appellant.

(Submitted March 19, 1877; decided March 27, 1877.)

*Ralph E. Prime,* for appellant.

*James P. Sanders,* for respondent.

Agree to reverse judgment, and judgment ordered for defendant on dissenting opinion of GILBERT, J., in court below.
All concur.
Judgment accordingly.